JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KEVIN MEJIA,<br><br>    Petitioner,<br><br>v.<br><br>MIKE McDONALD,<br><br>    Respondent. | No. CV 11-06800-JST (VBK)<br><br>JUDGMENT |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 8/30/12

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE